UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JUDE DAVID SMITH,

Plaintiff,

v.

SHORELINE APARTMENTS, et al.,

Defendants.

Case No.  25-cv-10889-WHO

**ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE**

Re: Dkt. Nos. 5, 8

Plaintiff Jude Smith filed the above-entitled matter on December 22, 2025.  Dkt. No. 1. On January 22, 2026, I granted Mr. Smith's application to proceed *in forma pauperis* and dismissed the complaint with leave to amend.  Dkt. No. 5.  I explained the deficiencies of the filed complaint and explained how Mr. Smith could cure those errors in any amended complaint.  *Id.* at 2.  Although the original deadline for Mr. Smith to file an amended complaint was February 23, 2026, the court later received notice from Mr. Smith that his address had changed.  Dkt. No. 7.  In light of Mr. Smith's updated address, I *sua sponte* extended the deadline for Mr. Smith to file any amended complaint to March 22, 2026.  *See* Dkt. No. 8.  A copy of that order and my previous order were mailed to Mr. Smith's updated address on February 13, 2026.  *Id.*  As of the date of this order, no amended complaint has yet been filed.

Smith is ORDERED TO SHOW CAUSE why this case should not be dismissed with prejudice for failure to prosecute by **filing an amended complaint by May 1, 2026**.  If Mr. Smith does not file an amended complaint by that date, this case will be dismissed for failure to prosecute.  Fed. R. Civ. P. 41(b).  A copy of this order shall be mailed to Mr. Smith's updated address.

United States District Court
Northern District of California

**IT IS SO ORDERED.**

Dated: April 2, 2026

_____
William H. Orrick
United States District Judge