UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JUDE DAVID SMITH,

Plaintiff,

v.

SHORELINE APARTMENTS, et al.,

Defendants.

Case No.  25-cv-10889-WHO

**ORDER DISMISSING CASE FOR FAILURE TO PROSECUTE**

Re: Dkt. No. 10

On April 2, 2026, I issued an Order to Show Cause in this case ordering pro se plaintiff in this case, Jude David Smith, to file an amended complaint by May 1, 2026.  *See* Dkt. No. 10.  I explained that failure to file an amended complaint by that date would result in dismissal of the case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).  *Id.*

As of today's date, Mr. Smith has failed to file an amended complaint.  Accordingly, this case is DISMISSED WITHOUT PREJUDICE for failure to prosecute.

**IT IS SO ORDERED.**

Dated: May 7, 2026

William H. Orrick
United States District Judge

United States District Court
Northern District of California