UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JUDE DAVID SMITH,

Plaintiff,

v.

SHORELINE APARTMENTS, et al.,

Defendants.

Case No.  25-cv-10889-WHO

**ORDER GRANTING THE MOTION TO REOPEN AND ORDERING PLAINTIFF RESPONSE**

Re: Dkt. No. 13

On April 2, 2026, I issued an Order to Show Cause in this case, ordering pro se plaintiff Jude David Smith to file an amended complaint in compliance with my prior Order by May 1, 2026. *See* Dkt. Nos. 5, 10.  He failed to do so.  On May 7, 2026, I dismissed the case for failure to prosecute and entered judgment. *See* Dkt. Nos. 11, 12.  On May 12, 2026, Mr. Smith filed a notice of change of address in which he asked the court to "please re-open this case." *See* Dkt. No. 13.

In light of Mr. Smith's pro-se status, I construe his notice as a Motion to Reopen pursuant to Federal Rule of Civil Procedure 60(b)(1) and GRANT the motion.  The judgment and the order of dismissal are VACATED.  By **June 3, 2026**, Mr. Smith shall file an amended complaint following the instructions explained in my prior orders.  Failure to file a proper amended complaint by **June 3, 2026**, will again result in dismissal of this action under Federal Rule of Civil Procedure 41(b) for failure to prosecute.

The Clerk shall reopen this action and mail a copy of the instant Order and the previous orders filed at Dkt. Nos. 5, 8, 10, and 11 to Mr. Smith's newly updated address.

**IT IS SO ORDERED.**

Dated: May 14, 2026

William H. Orrick
United States District Judge