United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUDE DAVID SMITH,<br>Plaintiff,<br>v.<br>SHORELINE APARTMENTS, et al.,<br>Defendants. | Case No. 25-cv-10889-WHO<br><br>**ORDER OF DISMISSAL**<br>Re: Dkt. No. 16 |

On June 9, 2026, I issued an Order to Show Cause in this case ordering pro se plaintiff, Jude David Smith, to file an amended complaint by July 10, 2026. *See* Dkt. No. 16. I explained that failure to file an amended complaint by that date would result in dismissal of the case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b). *Id.* As of today's date, Mr. Smith has failed to file an amended complaint. Accordingly, this case is DISMISSED WITHOUT PREJUDICE for failure to prosecute.

**IT IS SO ORDERED.**

Dated: August 20, 2026

William H. Orrick
United States District Judge